```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0265--CV (JKS)
                "BAY BANK V VESSEL WILD SALMON"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(11) & (12)
             Filed: 11/10/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine
                    46:31322 & 31325 -FORCLOSURE SHIP MORT
            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Paid $250.00 on 11/10/05 receipt # 00127065
          Trial by:
```

Parties of Record:                                  Counsel of Record:

PLF 1.1          BAY BANK                           John E. Casperson
                                                    Holmes Weddle et al
                                                    999 3rd Avenue, Suite 2600
                                                    Seattle, WA 98104
                                                    206-292-8008

DEF 1.1          WILD SALMON, VESSEL                No counsel found for this party!

```
        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0265--CV (JKS)
                    "BAY BANK V VESSEL WILD SALMON"

                           For all filing dates
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
   Referral Rule:  4(11) & (12)
           Filed: 11/10/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (120) Marine
                  46:31322 & 31325 -FORCLOSURE SHIP MORT
          Origin: (1) Original Proceeding
          Demand: 9999
      Filing fee: Paid $250.00 on 11/10/05 receipt # 00127065
        Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/10/05 | Complaint filed. |
| 2 - 1 | 11/10/05 | PLF 1 motion (ex parte) for order uthorizing issuance of warrant of arrest . |
| 3 - 1 | 11/10/05 | PLF 1 motion (ex parte) for order appointing substitute custodian w/att certification of D. Hamaker. |
| 3 - 2 | 11/10/05 | PLF 1 motion (ex parte) authorizing movement and inspection of defendant vessel w/certification of D. Hamaker. |
| 4 - 1 | 11/14/05 | JKS Minute Order that case referred to MJ Roberts per MJ Rule 4(11) & (12) . cc: cnsl, MJ Roberts |
| NOTE - 1 | 11/15/05 | Issued: in rem warrant of arrest of Wild Salmon. |
| 5 - 1 | 11/15/05 | JDR Order granting mot for ord uthorizing issuance of war of arr (2-1). cc: cnsl, USM |
| 6 - 1 | 11/15/05 | JDR Order granting mot for ord appointing substitute custodian (3-1), mot authorizing movement & inspection of def vessel (3-2). cc: cnsl, USM |