FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -2 PM 3: 32

Christopher D. Cyphers
FRONTIER LAW GROUP, LLC
800 E. Dimond Blvd., Suite 3-400
Anchorage, AK 99515

Attorneys for Defendants, Owners
of MV WILD SALMON

Frontier Law Group, LLC
800 E. Dimond Blvd., Suite 3-400
Anchorage, AK 99503
Telephone 907-561-3400; Facsimile 907-561-3401

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NO. A05-265 CV |

## CLAIM TO VESSEL

Wild Alaskan Salmon House, LLC, and R. Bruce Johnston and Ray Wadsworth as their interests may appear by Christopher Cyphers, now appears and intervenes for themselves as owners of the vessel MV *WILD SALMON* claim to the vessel MV *WILD SALMON*, her engines, boilers, tackle, appurtenances and apparel, etc., as the same are proceeded against at the instance of Plaintiff. Claimants allege they are true and

Claim to Vessel
*Bay Bank v. Wild Salmon, Official No. 1077274, Case No. A05-265 CV*
Page 1 of 2

bona fide sole owner(s) of the vessel MV *WILD SALMON* and still are the true and bona fide sole owner(s) of the vessel MV *WILD SALMON*, and that no other person is the owner thereof.

      WHEREFORE, we pray to defend accordingly.

      DATED this 2nd day of December, 2005

FRONTIER LAW GROUP, LLC

By: _____
Christopher D. Cyphers, AK Bar 9812085
Attorneys for Wild Alaskan Salmon House, LLC, and R. Bruce Johnston and Ray Wadsworth

**CERTIFICATE OF SERVICE**

I certify that on December 2, 2005,
I served a true and correct copy of the foregoing on:

John E. Casperson
Holmes Weddell & Barcott, PC
701 West 8th Avenue, Suite 800
Anchorage, AK 99501

by ☒ hand ☐ mail ☐ fax

_____
Jeannette Gibbons

Claim to Vessel
*Bay Bank v. Wild Salmon*, Official No. 1077274, Case No. A05-265 CV
Page 2 of 2

**Frontier Law Group, LLC**
800 E. Dimond Blvd., Suite 3-400
Anchorage, AK 99503
Telephone 907-561-3400; Facsimile 907-561-3401