FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -2 PM 3:32

Christopher D. Cyphers
FRONTIER LAW GROUP, LLC
800 E. Dimond Blvd., Suite 3-400
Anchorage, AK 99515

Attorneys for Defendants, Owners
of MV WILD SALMON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,<br><br>    Plaintiff,<br><br>v.<br><br>WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  IN ADMIRALTY (JKS)<br><br><br>**CASE NO. A05-265 CV** |

### ENTRY OF APPEARANCE FOR OWNERS OF MV WILD SALMON

Frontier Law Group, LLC, hereby enters its appearance as attorneys for Wild Alaskan Salmon House, LLC, and R. Bruce Johnston and Ray Wadsworth, owners of MV WILD SALMON, Official No. 1077274, its engines, machinery, appurtenances, etc., *In Rem,* as their interests may appear. Please send all copies of future pleadings and

*Frontier Law Group, LLC*
*800 E. Dimond Blvd, Suite 3-400*
*Anchorage, AK 99503*
*Telephone 907-561-3400; Facsimile 907-561-3401*

Entry of Appearance for Owners of MV WILD SALMON
*Bay Bank v. Wild Salmon, Official No. 1077274, Case No. A05-265 CV*
Page 1 of 2

documents to 800 East Dimond Blvd., Suite 3-400, Anchorage, Alaska 99515.

DATED this 2nd day of December, 2005

FRONTIER LAW GROUP, LLC

By: _____
Christopher D. Cyphers, AK Bar 9812085
Attorneys for Wild Alaskan Salmon House, LLC, and R. Bruce Johnston and Ray Wadsworth

**CERTIFICATE OF SERVICE**

I certify that on December 2, 2005, I served a true and correct copy of the foregoing on:

John E. Casperson
Holmes Weddell & Barcott, PC
701 West 8th Avenue, Suite 800
Anchorage, AK 99501

by ☒ hand ☐ mail ☐ fax

Jeannette Gibbons

Frontier Law Group, LLC
800 E. Dimond Blvd., Suite 3-400
Anchorage, AK 99503
Telephone 907-561-3400; Facsimile 907-561-3401

Entry of Appearance for Owners of MV WILD SALMON
*Bay Bank v. Wild Salmon, Official No. 1077274, Case No. A05-265 CV*
Page 2of 2