FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 28  PM 3: 15

Christopher D. Cyphers
FRONTIER LAW GROUP, LLC
800 E. Dimond Blvd., Suite 3-400
Anchorage, AK 99515

Attorneys for Defendants, Owners
of MV WILD SALMON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Frontier Law Group, LLC
800 E. Dimond Blvd, Suite 3-400
Anchorage, AK 99503
Telephone 907-561-3400; Facsimile 907-561-3401

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank, <br><br> Plaintiff, <br><br> v. <br><br> WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., *In Rem*, <br><br> Defendant. | IN ADMIRALTY <br><br> **CASE NO. A05-265 CV** *(JKS)* |

## AMENDED AND VERIFIED CLAIM TO VESSEL

Wild Alaskan Seafood House, LLC, and R. Bruce Johnston and Ray

Wadsworth as their interests may appear by Christopher Cyphers, now appears and

intervenes for themselves as owners of the vessel MV *WILD SALMON* claim to the vessel

MV *WILD SALMON*, her engines, boilers, tackle, appurtenances and apparel, etc., as the

same are proceeded against at the instance of Plaintiff.  Claimants allege they are true and

bona fide sole owner(s) of the vessel MV *WILD SALMON* and still are the true and bona

fide sole owner(s) of the vessel MV *WILD SALMON*, and that no other person is the owner thereof.

WHEREFORE, we pray to defend accordingly.

DATED this _____ day of December, 2005

FRONTIER LAW GROUP, LLC

By: _____

Christopher D. Cyphers, AK Bar 9812085
Attorneys for Wild Alaskan Seafood House,
LLC, and R. Bruce Johnston and Ray
Wadsworth

## VERIFICATION

| U. S. of AMERICA | ) |
| STATE OF WASHINGTON | ) ss: |
| COUNTY OF KIPSAT | ) |

R. Bruce Johnston, being first duly sworn on oath, deposes and says: I have read the foregoing claim, have personal knowledge of the contents thereof, and verify the same to be true.

R. Bruce Johnston, WSBA76146

SUBSCRIBED AND SWORN to before me this 23rd day of December, 2005.



print name: Shauna W. Becker
Notary public in and for the State of
Washington
Residing at: Poulsbo
My commission expires: 2-6-07

**Frontier Law Group, LLC**
800 E. Dimond Blvd., Suite 3-400
Anchorage, AK 99503
Telephone 907-561-3400; Facsimile 907-561-3401

Amended and Verified Claim to Vessel
*Bay Bank v. Wild Salmon, Official No. 1077274, Case No. A05-265 CV*
Page 2of 3

**CERTIFICATE OF SERVICE**

I certify that on December 2∂, 2005,
I served a true and correct copy of the
foregoing on:

John E. Casperson
Holmes Weddell & Barcott, PC
701 West 8th Avenue, Suite 800
Anchorage, AK 99501

by    ☐ hand    ☒ mail    ☐ fax

*Jeannette Gibbons*
Jeannette Gibbons

**Frontier Law Group, LLC**
800 E. Dimond Blvd, Suite 3-400
Anchorage, AK 99503
Telephone 907-561-3400; Facsimile 907-561-3401

Amended and Verified Claim to Vessel
*Bay Bank v. Wild Salmon, Official No. 1077274, Case No. A05-265 CV*
Page 3of 3