John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,

Plaintiff,

v.

WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., *In Rem*,

Defendant,

v.

THE 13TH REGIONAL CORPORATION, an Alaska Corporation,

Third Party Defendant.

IN ADMIRALTY

Case No. A-05-265-CV

**NOTICE OF FILING OF AFFIDAVIT OF PUBLICATION**

COMES NOW Plaintiff, Bay Bank, by and through its counsel of record, Holmes, Weddle & Barcott, P.C. and gives notice of filing of Affidavit of Publication in the Seldovia Gazette attached hereto as Exhibit A. The vessel is located in Seldovia, Alaska.

NOTICE OF FILING OF AFFIDAVIT OF PUBLICATION
Bay Bank v. Wild Salmon, O.N. 1077274
Case No. A-05-265-CV - Page 1 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

DATED this 18th day of January, 2006.

HOLMES WEDDLE & BARCOTT

_____
John E. Casperson, ASBA #7910076
Attorney for Plaintiff

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the ____ day of _____, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher D. Cyphers
FRONTIER LAW GROUP, LLC
800 E. Dimond Blvd., Suite 3-400
Anchorage, AK 99515

_____
Alergia Benton

G:\4741\20438\Pldg\AK Pleadings Nov 5\Aff of Publication.doc

NOTICE OF FILING OF AFFIDAVIT OF PUBLICATION
Bay Bank v. Wild Salmon, O.N. 1077274
Case No. A-05-265-CV - Page 2 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

**Seldovia Gazette**, a divison
Seldovia.com, Inc.
**Affidavit of Publication**
PO Box 97, Seldovia, AK 99663

| Date<br>Published | Price $2.50 per column inch<br>Per Week | Other<br>Charges |
|---|---|---|
| 12/15/05 | $27.50 x 4 inches | $.00 |

STATE OF ALASKA          )
                         ) ss.
KENAI PENINSULA BOROUGH )

Mary Glover, being first duly sworn on oath deposes and states that she is an advertising representative of the Seldovia Gazette, an online weekly newspaper.

That said newspaper has been duly licensed to operate within the State of Alaska, the Kenai Peninsula Borough, and the City of Seldovia, and is now and during all said time was published in an office maintained at the legal place of publication of said newspaper. The annexed is a copy of an advertisement as it was published in regular issues (an not in supplemental form) of said newspaper on the above dates and that such newspaper is available online at any time to its viewers during all of said period. That this full amount of the fee charge for the foregoing publication is not in excess of the rate charged private individuals.

Signed: _Mary F. Glover_

Subscribed and sworn to me before this date:

_Margaret McInnes Postmaster_
Notary Public in and for the State of Alaska.

MY COMMISSION EXPIRES:



_____

Exhibit A
Case No. A-05-265cv - page 3 of 3

---

View .pdf file of Notice of Arrest of Vessel Posted 12/15/05

John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BAYBANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,
Plaintiff, v.

WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., *In Rem*, Defendant

IN ADMIRALTY
Case No. A05-265-CV

NOTICE OF ARREST OF VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(6)

NOTICE OF ARREST AND SEIZURE, United States District Court, for the State of Alaska. Bay Bank, Plaintiff, vs. WILD SALMON, O.N. 1077274, Its Engines, Machinery, Appurtenances, etc., *In Rem*, Defendant, Cause No. A05-265-CV. Notice is hereby given that on November 22, 2005, I arrested the WILD SALMON, O.N. 1077274, its Engines, Machinery, Appurtenances, etc., pursuant to Warrant for Arrest issued by the Clerk of the Court upon the filing of a verified Complaint in the above action seeking to foreclose preferred ship mortgages, wherein Plaintiff, through its attorneys John E. Casperson, of Holmes Weddle & Barcott, Wells Fargo Center, 999 Third Avenue, Suite 2600, Seattle, Washington 98104, demands $2,369,885, subject to adjustment together with the principal accruing interest, costs and attorneys' fees.

I HEREBY GIVE NOTICE, that any person who asserts a right or an interest in or to said property must file a verified statement of right or interest in accordance with Supplemental Rule C (6) with the Clerk, and serve same on the Attorney for Plaintiff within ten (10) days after the date of this publication or within such additional time as may be allowed upon application to the court, and must file an answer to the Complaint within twenty (20) days after filing this statement. All interested persons should file statements and answers within the stated times; otherwise default may be noted and condemnation ordered.

Service upon plaintiff's attorneys of any claim, answer and/or complaint in intervention shall be made at:

John E. Casperson
Holmes Weddle & Barcott
999 Third Avenue, Suite 2600
Seattle, WA 98104

DATED this 5th day of December, 2005.

RANDY M. JOHNSON
United States Marshal