John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. A-05-265-CV |

**MOTION FOR ORDER OF DEFAULT**

COMES NOW plaintiff, Bay Bank, a division of Cowlitz Bancorp, a Washington State-chartered bank (hereinafter "Bay Bank"), and moves this Court for an order of default against all persons with an interest in or claim to the F/V WILD SALMON, Official No. 1077274 who have not filed a Rule C(6) claim herein.

DATED this ___ day of January, 2006.

HOLMES WEDDLE & BARCOTT

_____
John E. Casperson, ASBA #7910076
Attorneys for Plaintiff

MOTION FOR DEFAULT
Bay Bank v. Wild Salmon - 1 of 2
Case No. A-05-265-CV TMB

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.
2.
3.
4.  CERTIFICATE OF SERVICE

5.  The undersigned certifies that, on 30th
    January 2006, the foregoing was electronically
6.  filed with the Clerk of Court using the CM/ECF
    system, which will send notification of such filing
7.  to the following:

8.
    Christopher D. Cypers - cyphersc@frontierlawgrp.com
9.  Frontier Law Group LLC
    800 E. Diamond Blvd., Ste 3-400
10. Anchorage, AK 99515
    907-561-3400
11.

12.  _____s/John E. Casperson_____
     John E. Casperson
13.

14.
15.
16.
    G:\4741\20438\Pldg\AK Pleadings Nov 5\Motion for Default (Wild) 1.18.06.doc
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
    MOTION FOR DEFAULT
    Bay Bank v. Wild Salmon - 2 of 2
    Case No. A-05-265-CV TMB

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008