John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
jacasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,<br><br>                    Plaintiff,<br><br>        v.<br><br>WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc.,<br>*In Rem*,<br><br>                    Defendant. | IN ADMIRALTY<br><br><br><br><br><br>Case No. A-05-265-CV |

**(PROPOSED) ORDER OF DEFAULT**

THIS MATTER having come on for consideration upon motion of Bay Bank, a division of Cowlitz Bancorp, a Washington State-chartered bank (hereinafter "Bay Bank") for entry of an order of default against all persons having an interest in or claim to F/V WILD SALMON, Official No. 1077274, but who have not filed a Rule C (6) claim herein and/or answer, and the Court having reviewed the records and files herein and the affidavit of John E. Casperson, and being otherwise advised in the premises, it is

ORDER OF DEFAULT
Bay Bank v. Wild Salmon - 1 of 2
Case No. A-05-265-CV TMB

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.     ORDERED that all persons with an interest in and claim to the defendant vessel
2.
3. who did not file Rule C(6) claim and/or answer are in default.
4.
5.     DATED this _____ day of January, 2006.
6.
7.
8.                                         THE HONORABLE TIMOTHY M. BURGESS
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

ORDER OF DEFAULT
Bay Bank v. Wild Salmon - 2 of 2
Case No. A-05-265-CV TMB

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008