John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,<br><br>    Plaintiff,<br><br>  v.<br><br>WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc.,<br>*In Rem*,<br><br>    Defendant. | IN ADMIRALTY<br><br>Case No. A-05-265-CV |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER OF DEFAULT**

STATE OF WASHINGTON   )
                     ) ss.
COUNTY OF KING        )

1.  I am the attorney for Bay Bank, a division of Cowlitz Bancorp, a Washington State-chartered bank (hereinafter "Bay Bank") and I have personal knowledge of the facts set forth below.

2.  This action was commenced on November 10, 2005, and the defendant vessel, WILD SALMON was arrested on November 22, 2005.

AFFIDAVIT IN SUPPORT OF
MOTION FOR DEFAULT - 1
Case No. A-05-265-CV TMB

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

3. Pursuant to LAR (c)-2, the notice of arrest of the WILD SALMON was published in the Seldovia Gazette on December 7, 2005. (Exhibit A).

4. Pursuant to LAR (c)-2, the notice of arrest of the WILD SALMON was published in the Anchorage Daily News on December 7, 2005. (Exhibit B).

5. All persons known to Bay Bank to have an interest in the vessel have been given notice as required by LAR (c)-2. (Exhibit C).

6. Bruce Johnston, Ray Wadsworth, Wild Alaskan Salmon House, LLC have filed a Claim of Lien and Amended Claim of Lien, pursuant to Federal Admiralty Rule C(6) against defendant vessel WILD SALMON on December 2, 2005 and December 28, 2005 and an Answer to Complaint on January 4, 2006.

7. The time for response has expired and all other persons having an interest in or claim to the defendant vessel are now in default.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
John E. Casperson

SUBSCRIBED AND SWORN TO before me this 30th day of January, 2006.

_____
Print Name: DONNA R. DUDGEON
Notary Public in and for the State of: WA
Residing at: Seattle
My Commission Expires: 7-8-07

AFFIDAVIT IN SUPPORT OF
MOTION FOR DEFAULT - 2
Case No. A-05-265-CV TMB

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.
2. CERTIFICATE OF SERVICE
3. The undersigned certifies that, on 30th
4. January, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF
5. system, which will send notification of such filing to the following:
6.
7. Christopher D. Cypers
   Frontier Law Group LLC
   800 E. Diamond Blvd., Ste 3-400
8. Anchorage, AK 99515
9. 907-561-3400
10.
       s/John E. Casperson
11. John E. Casperson
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
AFFIDAVIT IN SUPPORT OF
MOTION FOR DEFAULT - 3
Case No. A-05-265-CV TMB

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008