

# Seldovia Gazette
### Serving Seldovia, Alaska and Kachemak Bay southeast

Seldovia, AK
43 °F / 6 °C
Light Rain
at 1:14 PM

Click for Forecast

Friday, Dec. 16, 2005          Just another day in paradise



**Jenny Chissus - "Your Seldovia Connection"**
Serving Seldovia's Real Estate Needs
907-234-8000  www.seldoviaproperty.com


REMAX of Homer

| Local News | Calendar | Opinions | Spotlight | School | Classifieds | Archives | Seldovia.com | Gazette Services |

Garage Sales | Services | Jobs | Real Estate | Rent | Automotive | Marine | Miscellaneous | Lost & Found | Personals | Public Notices | Ad Rates

**Click here for the advertising rates page**

Want an ad?  Call 234-7525    or    email: maryg@seldovia.com

**Display Ads**                                                   **Display Ads**

### Harbor's Edge B&B Seldovia
### Harbor's Edge Homer
Two Great Locations to Serve your Lodging Needs

Tom & Peggy Keesecker
907-234-4343
www.harborsedge.com

### The MILEPOST
Since 1949, the "bible of North Country travel."
**Marion Nelson**
ADVERTISING REPRESENTATIVE
Phone: (907)283-4632 • Cell: (907)398-8669
Email: mmkn@ptialaska.net
Surveys Prove it's the #1 Information Source for Northcountry Travelers
Broad Price Range to Fit Your Budget! • FREE Link to Our Web Site
*This is The Guide That Isn't Thrown Away!*



*For Sale: Cook Inlet Salmon Drift Gillnet Package READY to FISH!*
Vessel currently located in Seldovia
See item number: GILS034024 at www.gsiboat.com
or call Eric at
612-766-7913 daytime
612-720-1839
(evenings or weekends)

| Jobs | Miscellaneous | Marine | Lost & Found (free) |
|---|---|---|---|
| Kenai Peninsula Borough School District Job Opening  Position: SBE Head custodian I Full time (216 hrs):  8 hours/day - $14.70/hr Contact KPBSD human resources Details click here Posting 8/30/05 |  Seldovia Bayview Suites Spacious 1 & 2 Bedroom Suites | *Fishing Boat: See Ad above* | Lost & Found ad is a community service – free listings to anyone! email your listing |
| | | | **Garage Sales** (free) |
| | | | **Personals** |
| | | | **Public Notices** |
| | | | View .pdf file of Notice of Arrest of Vessel |

EXH A to Affidavit
pg. 1 of 3

**Best Deal In Town**

Bayside Deck & BBQ Area

234-7631
1-800-478-7898
posted 9/27/05



### Alaska Tribal Cache

We feature: our own locally made Jam & Jelly and Native-made items
website
328 Main St., Seldovia, AK



## For Sale: Kayaks

**Eddyline fiberglass single kayak with spray skirt and paddle $300 OBO**

**Necky plastic double kayak with two spray skirts and two paddles $600 OBO**

**Call Chip or Missy McMillan (907) 465-2826 or (907) 463-2864**

## Automotive

## Real Estate



## Rent

## Services

Posted 12/15/05

John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BAYBANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,
Plaintiff, v.

WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., In Rem, Defendant.

IN ADMIRALTY
Case No. A05-265-CV

NOTICE OF ARREST OF VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(6)

NOTICE OF ARREST AND SEIZURE, United States District Court, for the State of Alaska. Bay Bank, Plaintiff, vs. WILD SALMON, O.N. 1077274, Its Engines, Machinery, Appurtenances, etc., In Rem, Defendant, Cause No. A05-265-CV. Notice is hereby given that on November 22, 2005, I arrested the WILD SALMON, O.N. 1077274, its Engines, Machinery, Appurtenances, etc., pursuant to Warrant for Arrest issued by the Clerk of the Court upon the filing of a verified Complaint in the above action seeking to foreclose preferred ship mortgages, wherein Plaintiff, through its attorneys John E. Casperson, of Holmes Weddle & Barcott, Wells Fargo Center, 999 Third Avenue, Suite 2600, Seattle, Washington 98104, demands $2,369,885, subject to adjustment together with the principal accruing interest, costs and attorneys' fees.

I HEREBY GIVE NOTICE, that any person who asserts a right or an interest in or to said property must file a verified statement of right or interest in accordance with Supplemental Rule C (6) with the Clerk, and serve same on the Attorney for Plaintiff within ten (10) days after the date of this publication or within such additional time as may be allowed upon application to the court, and must file an answer to the Complaint within twenty (20) days after filing this statement. All interested persons should file statements and answers within the stated times; otherwise default may be noted and condemnation ordered.

Service upon plaintiff's attorneys of any claim, answer and/or complaint in intervention shall be made at:

John E. Casperson
Holmes Weddle & Barcott

999 Third Avenue, Suite 2600
Seattle, WA 98104

DATED this 5 th day of December, 2005.

RANDY M. JOHNSON
United States Marshal

Copyright © 2005 Seldovia.com, Inc. and Seldovia Gazette. All rights reserved. The Seldovia Gazette is published weekly by Seldovia.com, Inc. Contents of this publication may not be used or reproduced, in whole or inpart, in any form or manner without the express written permission of Seldovia.com, Inc. Click here for additional details.

Exh. A to Affidavit
3 of 3

**Anchorage Daily News**
**Affidavit of Publication**
1001 Northway Drive, Anchorage, AK 99508

12/7/2005

| ADS | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | 12/07/2005 | | USDE0605 | $228.00 $228.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $228.00 |

RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2005 DEC 12 AM 10:59

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _____

Subscribed and sworn to me before this date:
_____

Notary Public in and for the State of Alaska.
Third Division, Anchorage, Alaska

MY COMMISSION EXPIRES: _____

John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BAY BANK, a division of Cowlitz Bancorp,
a Washington State-chartered bank,
Plaintiff,
v.
WILD SALMON, Official No. 1077274,
Its Engines, Machinery, Appurtenances, etc.,
In Rem,
Defendant.

IN ADMIRALTY
Case No. A05-265-CV

**NOTICE OF ARREST OF VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(6)**

NOTICE OF ARREST AND SEIZURE. United States District Court, for the State of Alaska. Bay Bank, Plaintiff, vs. WILD SALMON, O.N. 1077274, Its Engines, Machinery, Appurtenances, etc., In Rem, Defendant. Cause No. A05-265-CV. Notice is hereby given that on November 22, 2005, I arrested the WILD SALMON, O.N. 1077274, its Engines, Machinery, Appurtenances, etc., pursuant to Warrant for Arrest issued by the Clerk of the Court upon the filing of a verified Complaint in the above action seeking to foreclose preferred ship mortgages, wherein Plaintiff, through its attorneys John E. Casperson, of Holmes Weddle & Barcott, Wells Fargo Center, 999 Third Avenue, Suite 2600, Seattle, Washington 98104, demands $2,349,185, subject to adjustment together with the principal accruing interest, costs and attorneys fees.

I HEREBY GIVE NOTICE, that any person who asserts a right or an interest in or to said property must file a verified statement of right or interest in accordance with Supplemental Rule C (6) with the Clerk, and serve same on the Attorney for Plaintiff within ten (10) days after the date of this publication or within such additional time as may be allowed upon application to the court, and must file an answer to the Complaint within twenty (20) days after filing this statement. All interested persons should file statements and answers within the stated times; otherwise default may be noted and condemnation ordered.

Service upon plaintiff's attorneys of any claim, answer and/or complaint in intervention shall be made at:
John E. Casperson
Holmes Weddle & Barcott
999 Third Avenue, Suite 2600
Seattle, WA 98104

DATED this 6th day of December, 2005.
RANDY M. JOHNSON
United States Marshal
By: Doug Zielinski

Publish: December 7, 2005

Exh. B to Affidavit
pg. 1 of 1

# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

JOHN E. CASPERSON
E-MAIL: jcasperson@hwb-law.com

November 29, 2005

**SENT VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**and U.S. MAIL**

Susan Carlough, Harbormaster
City of Seldovia
148 Dock St.
PO Box B
Seldovia, AK  99663

    Re:    *Bay Bank v. WILD SALMON*
            Our File No. 4741.20438

Dear Ms. Carlough:

    Pursuant to Court Order, Supplemental Rules For Certain Admiralty And Maritime Claims, and Local Admiralty Rules, we are providing you with copies of the Complaint to Foreclose Preferred Ship Mortgages, Order Appointing Substitute Custodian, Warrant of Arrest, and the Notice Of Arrest in the above-mentioned case.  The vessel *Wild Salmon* was arrested on November 22, 2005.

                        Very truly yours,

                        John E. Casperson

JEC:mg

Enclosures

G:\4741\20438\Corr\LAR - Seldovia Harbormaster.doc

Exh. C to Affidavit
pg. 1 of 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susan Carlough, Harbormaster
City of Seldovia
140 Dock St.
PO BOX B
Seldovia, Ak 99663

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mary K. Klinger ☒ Agent ☐ Addressee

B. Received by (Printed Name) Mary K. Klinger
C. Date of Delivery 12/6/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7004 1160 0007 3112 6607

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

7004 1160 0007 3112 6607

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here
NOV 2 2005 USPS

Sent To Susan Carlough, Harbormaster
Street, Apt. No.; or PO Box No. City of Seldovia 140 Dock St. PO Box B
City, State, ZIP+4 Seldovia, Ak 99663

PS Form 3800, June 2002 See Reverse for Instructions

Exh. C to Affidavit
pg. 2 of 2