Michael D. White
PATTON BOGGS LLP
601 West 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 263-6300
Facsimile: (907) 263-6345

*Attorneys for Third Party Defendant*
*The 13th Regional Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bankcorp, a Washington State-charted bank, ) ) ) Plaintiff, ) ) ) vs. ) ) WILD SALMON, Official No. 1077274, its ) Engines, Machinery, Appurtenances, etc., *In Rem*, ) ) ) Defendant, ) vs. ) ) THE 13TH REGIONAL CORPORATION, ) an Alaskan Corporation, ) ) Third Party Defendant. ) ) | IN ADMIRALTY<br><br>Case No. A05-265 CV |

**ENTRY OF APPEARANCE**

**PLEASE TAKE NOTICE** that Patton Boggs LLP, hereby enters an appearance on behalf of third-party defendant THE 13TH REGIONAL

**PATTON BOGGS LLP**
601 West 5th Avenue
Suite 700
Anchorage, AK 99501
(907) 263-6300
(907) 263-6345 (fax)

47475v1

CORPORATION in this case. All pleadings, notices or other papers, shall be served on the undersigned, to the address stated herein:

>Michael D. White, Esq.
>PATTON BOGGS LLP
>601 West Fifth Avenue, Suite 700
>Anchorage, Alaska 99501
>Phone: 907-263-6300
>Fax: 907-263-6345

DATED this 21st day of February 2006 at Anchorage, Alaska.

>PATTON BOGGS LLP
>Counsel for The 13th Regional Corporation
>
>
>By: s/ Michael D. White
>  Michael D. White
>  Patton Boggs LLP
>  601 W. 5th Avenue, Suite 700
>  Anchorage, Alaska 99501
>  E-mail: mwhite@pattonboggs.com
>  Alaska Bar No. 8611144

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February, 2006, a copy of foregoing Entry of Appearance was served electronically on:

John E. Casperson
Christopher D. Cyphers

By:   s/ Michael D. White
   Michael D. White
   PATTON BOGGS LLP

**PATTON BOGGS LLP**
601 West 5th Avenue
Suite 700
Anchorage, AK 99501
(907) 263-6300
(907) 263-6345 (fax)

ENTRY OF APPEARANCE
*Bay Bank v. Wild Salmon, et al*
Case No. A05-0265 CV
Page 2 of 2
47475v1