John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
jacasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,<br><br>          Plaintiff,<br><br>    v.<br><br>WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>          Defendant,<br><br>    v.<br><br>THE 13TH REGIONAL CORPORATION, an Alaska Corporation,<br><br>          Third Party Defendant. | IN ADMIRALTY<br><br><br>Case No. A-05-265-CV |

**INTERIM REPORT**

This report is submitted by counsel for plaintiff, Bay Bank. Counsel for the claimants and third party plaintiffs is out of town in the Aleutian Islands and is

INTERIM REPORT
Bay Bank v. Wild Salmon et al
Case No. A-05-265-CV TMB
Page - 1 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

unavailable to confer. Counsel for the third party defendant has just filed a notice of appearance and has been provided a copy of the Court's order for Initial Status Report of January 25, 2006. It is anticipated that the parties will file a report in the next week to 10 days.

RESPECTFULLY submitted this 23 day of February, 2006.

HOLMES WEDDLE & BARCOTT

John E. Casperson, ASBA #7910076
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

The undersigned certifies that, on 23rd February, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher D. Cypers - cyphersc@frontierlawgrp.com

Michael D. White - mwhite@pattonboggs.com

s/John E. Casperson
John E. Casperson

G:\4741\20438\Pldg\AK Pleadings Nov 5\Interim Report 2.23.06.doc

INTERIM REPORT
Bay Bank v. Wild Salmon et al
Case No. A-05-265-CV TMB
Page - 2 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008