## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  BAY BANK  </u>   v.   <u>  WILD SALMON  </u>

THE HONORABLE JOHN D. ROBERTS

<small>DEPUTY CLERK</small>                                              CASE NO.  <u>3:05-CV-00265-TMB</u>

<u> Dan Maus </u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**   DATE: February 24, 2006

      The court has received an interim report dated <u>February 23, 2006</u>. The report is accepted.

      The parties Rule 16(b) status report shall be filed on or before <u>March 9, 2006</u>.

[]{IIA4.WPD*Rev.12/96}