# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  BAY BANK  </u>   v.   <u>  WILD SALMON, et al.  </u>

IDA ROMACK, CLERK OF COURT

D<small>EPUTY</small> C<small>LERK</small>                                         CASE NO.  <u>3:05-CV-00265-TMB</u>

<u> Dan Maus </u>

<u>PROCEEDINGS: **CLERK'S NOTICE**                             DATE: March 9, 2006</u>

**ENTRY OF DEFAULT IN REM**

It appearing from the records in the above-entitled action that Notice of Arrest has been published and it appearing from the affidavit of counsel for the plaintiff and the record herein that said defendants/or claimants have failed to plead or otherwise defend in said action as required by said notice and provided by the Federal Rules of Civil Procedure, and supplemental Admiralty Rules.

Now, therefore, on request of counsel for plaintiff, the DEFAULT is hereby entered of all persons and entities claiming an interest in the *In Rem* defendant[s] excluding those who have filed claims and answers pursuant to Admiralty Rule C or complaints in intervention in the above-entitled action.

[]{DFLTREM.WPD*Rev.1/97}