John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>Defendant. | IN ADMIRALTY<br><br><br>Case No. A05-265 CV |

**JOINT STATUS REPORT**

Pursuant to Minute Order From Chambers dated January 25, 2006, the parties jointly report that they are engaging in settlement negotiations and expect to complete negotiations by March 31, 2006.

Dated: Mar 7, 2006        HOLMES WEDDLE & BARCOTT

                                          _____
                                          John E. Casperson, ASBA # 7910076
                                          Attorney for Plaintiff

JOINT STATUS REPORT - 1

1.  Dated: 3/9/06                FRONTIER LAW GROUP LLC

                                 _____
                                 Christopher D. Cypers, ASBA # 9812085
                                 Attorney for Wild Alaskan Seafood House,
                                 LLC and R. Bruce Johnston and Ray
                                 Wadsworth


7.  Dated: 3/7/06                PATTON BOGGS, LLP

                                 _____
                                 Michael D. White, ASBA # 8611144
                                 Attorney for 13th Regional Corporation

G:\4741\20438\Pldg\AK Pleadings Nov 5\JointStatusRep3.3.06.doc

JOINT STATUS REPORT - 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008