John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Ph#:(206) 292-8008
Fax#:(206) 340-0289
jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,<br><br>             Plaintiff,<br><br>    v.<br><br>WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>             Defendant,<br><br>    v.<br><br>THE 13TH REGIONAL CORPORATION, an Alaska Corporation,<br><br>             Third Party Defendant. | <br><br><br><br><br><br><br><br><br><br>IN ADMIRALTY<br><br><br><br>Case No. A-05-265-CV |

**SUPPLEMENTAL STATUS REPORT**

Comes now plaintiff Bay Bank and submits a status report in this matter. The bankruptcy trustee has identified a potential buyer for the vessel and has filed a motion in the Bankruptcy Court in Seattle, Washington to sell the vessel at a private sale. The motion should be decided near the end of April, 2006. It is not expected that there will be

SUPPLEMENTAL STATUS REPORT
Bay Bank v. Wild Salmon, O.N. 1077274
Case No. A-05-265-CV - Page 1 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

any objections. Plaintiff has circulated a stipulation for release of the Vessel from arrest, in anticipation of the Bankruptcy Court approving the private sale of the Vessel.

DATED this 10 day of April, 2006.

HOLMES WEDDLE & BARCOTT

_____
John E. Casperson, ASBA #7910076
Attorney for Plaintiff

CERTIFICATE OF SERVICE

The undersigned certifies that, on 10th March, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher D. Cypers - cyphersc@frontierlawgrp.com

Michael D. White - mwhite@pattonboggs.com

_____s/John E. Casperson_____
John E. Casperson

G:\4741\20438\Pldg\AK Pleadings Nov 5\Supplemental Status Report 4.10.06.doc

SUPPLEMENTAL STATUS REPORT
Bay Bank v. Wild Salmon, O.N. 1077274
Case No. A-05-265-CV   - Page 2 of 2

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008