John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Ph#:(206) 292-8008
Fax#:(206) 340-0289
jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,<br><br>                Plaintiff,<br><br>    v.<br><br>WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc.,<br>*In Rem*,<br><br>                Defendant,<br><br>    v.<br><br>THE 13TH REGIONAL CORPORATION, an Alaska Corporation,<br><br>           Third Party Defendant. | IN ADMIRALTY<br><br>Case No. A-05-265-CV |

**STIPULATION FOR APPROVAL TO RELEASE VESSEL FROM ARREST AND TRANSFER OF ALL CLAIMS**

Pursuant to Fed. R. Civ. P. Supplemental Rule E(5)(c), F(9) and other authority, it is hereby stipulated and agreed to by and between all parties, by and through their respective attorneys of record, as follows:

STIPULATION FOR APPROVAL TO RELEASE VESSEL
FROM ARREST AND TRANSFER OF ALL CLAIMS
Bay Bank v. Wild Salmon, O.N. 1077274
Case No. A-05-265-CV  - Page 1 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. **RELEASE FROM ARREST AND SALE OF VESSEL**

   Plaintiff, Bay Bank, pursuant to Fed. R. Civ. P. Supplemental Rule E(5)(c) hereby terminates the arrest of the WILD SALMON, O.N. 1077274, by Bay Bank's stipulation to the Court and to the U. S. Marshal that all costs and fees due to the Court or the U. S. Marshal will have been paid prior to entry of this Order. Defendants and all parties appearing on behalf of the vessel herein reserve any and all claims made or asserted, or which may hereafter be asserted, in connection with such arrest, including but not limited to claims that the arrest was wrongful, or claims that the sale is at an inadequate price, or that an amount larger than the sale price is properly credited against the debt allegedly secured by the WILD SALMON, or that the WILD SALMON is not liable to the debt sued upon, or that the mortgage alleged by Plaintiff is not enforceable against the WILD SALMON.

   Expressly subject to these reservations, the Defendants and persons appearing on behalf of the vessel stipulate that as an interlocutory remedy the WILD SALMON may be sold to Lone Tree Point Seafoods, Inc. of La Conner, Washington ("Lone Tree"), free and clear of all liens, encumbrances, and interests. While the Defendants and persons appearing on behalf of the WILD SALMON contest the jurisdiction (the WILD SALMON was abandoned by Order of the U. S. Bankruptcy Court for the Western District of Washington at Seattle), an Order Approving the Sale of the WILD SALMON free and clear of all liens is expected to be entered on or about April 28, 2006 by the U.S. Bankruptcy Court in the W.D. of Washington at Seattle. The Defendants and all persons appearing on behalf of the vessel stipulate that, subject to the reservations herein, and as an interlocutory matter, all proceeds from the sale of the WILD SALMON may be paid to Bay Bank.

STIPULATION FOR APPROVAL TO RELEASE VESSEL
FROM ARREST AND TRANSFER OF ALL CLAIMS
Bay Bank v. Wild Salmon, O.N. 1077274
Case No. A-05-265-CV - Page 2 of 4

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

2. **TRANSFER OF ALL CLAIMS TO THE W.D. OF WASHINGTON**

The parties hereto stipulate to transfer all claims, including third party claims and the claims reserved herein, to the Western District of Washington at Tacoma, Case No. C05-5740, where some substantially similar claims are pending, without prejudice to the parties' claims or defenses.

DATED: May 2, 2006

HOLMES WEDDLE & BARCOTT

John E. Casperson, ASBA #7910076
Attorney for Plaintiff

DATED:_____

FRONTIER LAW GROUP LLC

Christopher D. Cyphers, ASBA #9812085
Attorney for J. Bruce Johnston and
Ray Wadsworth

DATED:_____

PATTON BOGGS LLP

Michael D. White, ASBA #8611144
Attorney for The 13th Regional Corporation

STIPULATION FOR APPROVAL TO RELEASE VESSEL
FROM ARREST AND TRANSFER OF ALL CLAIMS
Bay Bank v. Wild Salmon, O.N. 1077274
Case No. A-05-265-CV - Page 3 of 4

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

2. **TRANSFER OF ALL CLAIMS TO THE W.D. OF WASHINGTON**

The parties hereto stipulate to transfer all claims, including third party claims and the claims reserved herein, to the Western District of Washington at Tacoma, Case No. C05-5740, where some substantially similar claims are pending, without prejudice to the parties' claims or defenses.

DATED:_____     HOLMES WEDDLE & BARCOTT

_____
John E. Casperson, ASBA #7910076
Attorney for Plaintiff

DATED:_____     FRONTIER LAW GROUP LLC

_____
Christopher D. Cyphers, ASBA #9812085
Attorney for J. Bruce Johnston and
Ray Wadsworth

DATED: 5/2/06               PATTON BOGGS LLP

_____
Michael D. White, ASBA #8611144
Attorney for The 13th Regional Corporation

STIPULATION FOR APPROVAL TO RELEASE VESSEL
FROM ARREST AND TRANSFER OF ALL CLAIMS
Bay Bank v. Wild Salmon, O.N. 1077274
Case No. A-05-265-CV - Page 3 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

2. **TRANSFER OF ALL CLAIMS TO THE W.D. OF WASHINGTON**

The parties hereto stipulate to transfer all claims, including third party claims and the claims reserved herein, to the Western District of Washington at Tacoma, Case No. C05-5740, where some substantially similar claims are pending, without prejudice to the parties' claims or defenses.

DATED:_____    HOLMES WEDDLE & BARCOTT

_____
John E. Casperson, ASBA #7910076
Attorney for Plaintiff

DATED: 5/2/06    FRONTIER LAW GROUP LLC

_____
Christopher D. Cyphers, ASBA #9812085
Attorney for J. Bruce Johnston and
Ray Wadsworth

DATED:_____    PATTON BOGGS LLP

_____
Michael D. White, ASBA #8611144
Attorney for The 13th Regional Corporation

STIPULATION FOR APPROVAL TO RELEASE VESSEL
FROM ARREST AND TRANSFER OF ALL CLAIMS
Bay Bank v. Wild Salmon, O.N. 1077274
Case No. A-05-265-CV  - Page 3 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

## ORDER

IT IS SO ORDERED. The United States Marshal is hereby directed to release the WILD SALMON, O.N. 10077274 from arrest. All remaining claims are hereby transferred to the Western District of Washington, Case No. C05-5740 pursuant to the stipulation of the parties.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that, on 2nd May, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher D. Cypers - cyphersc@frontierlawgrp.com

Michael D. White - mwhite@pattonboggs.com

_____s/John E. Casperson_____
John E. Casperson

G:\4741\20438\Pldg\AK Pleadings Nov 5\Stip Release & Transfer Claims_4.7.06.doc

STIPULATION FOR APPROVAL TO RELEASE VESSEL
FROM ARREST AND TRANSFER OF ALL CLAIMS
Bay Bank v. Wild Salmon, O.N. 1077274
Case No. A-05-265-CV - Page 4 of 4

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008