IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>　　　　　　Defendant,<br><br>　v.<br><br>THE 13TH REGIONAL CORPORATION, an Alaska Corporation,<br><br>　　　　　　Third Party Defendant. | IN ADMIRALTY<br><br>Case No.  3:05-cv-265 TMB |

**ORDER APPROVING RELEASE OF VESSEL FROM**

**ARREST AND TRANSFER OF ALL CLAIMS**

　　　　IT IS SO ORDERED.  The United States Marshal is hereby directed to release the

WILD SALMON, O.N. 10077274 from arrest.  All remaining claims are hereby

transferred to the Western District of Washington, Case No. C05-5740, pursuant to the

stipulation of the parties.

　　　　DATED this 9th day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy Burgess
　　　　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge