# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Bay Bank | A05-265CV TMB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WILD SALMON, O.N. 1077274 | Release of Vessel |

MAY 10 2006 — CLERK U.S. DISTRICT COURT

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

WILD SALMON, O.N. 1077274

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Seldovia, AK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John E. Casperson
Holmes Weddle & Barcott
999 Third Avenue, Suite 2600
Seattle, WA 98104

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

RECEIVED 2006 MAY 10 PM — U.S. MARSHAL SERVICE ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please release the defendant vessel WILD SALMON from arrest.

Signature of Attorney or other Originator requesting service on behalf of: /s/ Jessica Beatty
☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (206) 292-8008
DATE: 5/9/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 6 | 6 | /s/ | 5-10-06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/10/06   Time: 10:00 ⓐm / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | $45 | | | |

REMARKS: Vessel released per court order

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAY BANK, a division of Cowlitz Bancorp, a Washington State-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>WILD SALMON, Official No. 1077274, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>Defendant,<br><br>v.<br><br>THE 13TH REGIONAL CORPORATION, an Alaska Corporation,<br><br>Third Party Defendant. | IN ADMIRALTY<br><br>Case No. 3:05-cv-265 TMB |

**ORDER APPROVING RELEASE OF VESSEL FROM**
**ARREST AND TRANSFER OF ALL CLAIMS**

IT IS SO ORDERED. The United States Marshal is hereby directed to release the WILD SALMON, O.N. 10077274 from arrest. All remaining claims are hereby transferred to the Western District of Washington, Case No. C05-5740, pursuant to the stipulation of the parties.

DATED this 9th day of May, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
United States District Court Judge